# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAPA BERG, INC. and JAMES D. PAPA d/b/a PAPA HAYES MUSIC d/b/a PAPA BERG PUBLISHING d/b/a GRAND THEFT PRODUCTIONS d/b/a GRAND THEFT RECORDS d/b/a NABE NABE MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., STEPHANIE MUSIC PUBLISING INC., MICHAEL SEITZ a/k/a MICHAEL HAYES, and JAMES ALAN JOHNSTON,<br><br>Defendants. | CIVIL ACTION NO. 3:12-cv-02406-B |

AFFIDAVIT OF JIM JOHNSTON

State of Connecticut   )
                       ) ss: Stamford
County of Fairfield    )

I, Jim Johnston, being first duly sworn, hereby depose and say:

1. I am over eighteen (18) years of age, have personal knowledge of the matters set forth herein and am competent to testify thereto.

2. I am employed as the Music Director of World Wrestling Entertainment, Inc. ("WWE"). In that capacity, I write, compose, perform, and produce original music that is used on WWE programming and related WWE consumer products.

3. I have an affiliation agreement with Broadcast Music, Inc. ("BMI") with respect to the collection of public performance royalties on songs for which I am credited as the songwriter. According to BMI's website, I am currently credited as the songwriter on over 2400 titles listed with BMI. All of my direct dealings with BMI that I can recall have been with BMI's New York office.

4. I live and reside in the State of Connecticut. I work in WWE's television production studio in Stamford, Connecticut.

5. I have no contacts with the State of Texas.

6. I have never owned any real estate in Texas, nor have I ever leased any property in Texas.

7. I have never paid any taxes to Texas.

8. I have never had a bank account in Texas.

9. I have never had a telephone listing in Texas.

10. I have never had a driver's license issued by Texas or a motor vehicle registered in Texas.

11. I have never maintained an office in Texas nor have I ever designated an agent for service of process in Texas.

12. I have never maintained a professional license in Texas.

13. I do not regularly transact business in Texas.

14. I do not regularly travel to Texas. To the best of my recollection, I have not traveled to Texas in at least the past ten years.

15. I have not been served with the complaint or a summons in the above-referenced lawsuit.

2

_____
Jim Johnston

Subscribed and sworn to before me
this 4TH day of October, 2012.

_Margaret M. Ytuarte_
Notary Public
My Commission Expires: 7-31-17

MARGARET M. YTUARTE
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2012

3