# EXHIBIT 4

In the 80s, wrestling events in Texas were like rock concerts. Fans flocked to arenas to experience the excitement of World Class Championship Wrestling. But just as quickly as it rose to popularity, WCCW burnt out through a series of traumatic losses.

This two-disc set includes exclusive interviews with Kevin Von Erich, Ric Flair, the Freebirds and unforgettable matches including:

- Fritz, Mike & David Von Erich vs. The Freebirds
- "Gentleman" Chris Adams & Sunshine vs. "Gorgeous" Jimmy Garvin & Precious
- Fantastics vs. Midnight Express



THE TRIUMPH AND TRAGEDY OF
World Class CHAMPIONSHIP WRESTLING

Dolby Digital soundtracks contain up to 5.1 channels of discrete audio. Playback from 2-channel DVD player outputs is compatible with stereo and Dolby Pro Logic reproduction.

All WWE programming, talent names, images, likenesses, slogans, wrestling moves and logos are the exclusive property of WWE. All EGW trademarks, logos and copyrights are the exclusive property of WWE Libraries, Inc. All other trademarks, logos and copyrights are the property of their respective owners. © 2007 World Wrestling Entertainment, Inc. All Rights Reserved.

DOLBY DIGITAL | DVD VIDEO | NTSC

World Wrestling Entertainment Presents



THE TRIUMPH AND TRAGEDY OF
World Class CHAMPIONSHIP WRESTLING



2-Disc Set

DVD VIDEO | TV-14 LV

WWE HOME VIDEO
WWE.COM