# Exhibit A

```
Type of Work:       Music

Registration Number / Date:
                    PA0001723425 / 2011-01-06

Application Title: BADSTREET U.S.A.

Title:              BADSTREET U.S.A.

Description:        Sound disc.

Copyright Claimant:
                    Nabe Nabe Music, Transfer: by written agreement.

Date of Creation:   1983

Date of Publication:
                    1983-11-24

Nation of First Publication:
                    United States

Authorship on Application:
                    James D. Papa, 1960-  ;  Domicile: United States;
                       Citizenship: United States. Authorship: music, lyrics,
                       musical arrangement, editing.
                    Larry Velez, Jr., 1958-  ;  Domicile: United States;
                       Citizenship: United States. Authorship: music.
                    Michael Hayes, pseud. of Michael J. Seitz, 1959-    (author
                       of pseudonymous work); Domicile: United States;
                       Citizenship: United States. Authorship: lyrics.

Rights and Permissions:
                    James D. Papa, c/o Nabe Nabe Music, 1628 Canyon Oaks Drive,
                       Irving, TX, 75061-2118, United States, (214) 256-3200,
                       (972) 322-1414, jimmypapa-drums@msn.com

Copyright Note:     C.O. correspondence.

Names:              Papa, James D., 1960-
                    Velez, Larry, Jr., 1958-
                    Seitz, Michael J., 1959-
                    Hayes, Michael pseud., 1959-
                    Nabe Nabe Music

================================================================================
```

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000670181 / 2011-01-07

Application Title: Badstreet U.S.A.

Title:               Badstreet U.S.A.

Description:         Sound disc.

Copyright Claimant:
                     James D. Papa, 1960-    Transfer: By written agreement.

Date of Creation:    1983

Date of Publication:
                     1983-11-24

Nation of First Publication:
                     United States

Authorship on Application:
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: performance,
                        Synthesizer, Background Vocals.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: performance,
                        Electric Guitar.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: performance,
                        Lead Vocals.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: performance,
                        Bass guitar.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: production,
                        Graphic Design, Illustrator & Artwork.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: production,
                        Cover Photo - Photographer.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: production,
                        Photos Back Ccver - Photographer.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: performance,
                        Guitar Solo.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: production,
                        Sound & Mixing Engineer.
                     James D. Papa employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: production,
                        Mastering.

Rights and Permissions:
                     James D. Papa, dba Grand Theft Productions, 1628 Canyon
                        Oaks Drive, Irving, TX, 75061-2118, United States, (214)
                        256-3200, (972) 322-1414, jimmypapa-drums@msn.com

Names:               Papa, James D.
```

Grand Theft

===============================================================================

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PAu003570182 / 2011-01-07

Application Title: BADSTREET U.S.A. VIDEO.

Title:             BADSTREET U.S.A. VIDEO.

Description:       Videodisc (DVD)

Copyright Claimant:
                   James D. Papa, 1960-   .

Date of Creation:  1984

Authorship on Application:
                   James D. Papa, 1960-   , employer for hire; Domicile:
                      United States; Citizenship: United States. Authorship:
                      entire motion picture.

Pre-existing Material:
                   preexisting footage, 31 seconds of wrestling footage used
                      with permission.

Basis of Claim:    all other cinematographic material.

Rights and Permissions:
                   James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                      1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                      States, (214) 256-3200, (971) 322-1414,
                      jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Papa, James D., 1960-

================================================================================
```

```
Type of Work:      Music

Registration Number / Date:
                   PA0001741650 / 2011-01-06

Application Title: DON'T STEP TO RON.

Title:             DON'T STEP TO RON.

Description:       Sound cassette.

Copyright Claimant:
                   Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                      Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   James D. Papa, 1960-  ;   Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics,
                      musical arrangement, editing.
                   Stasey D. Tatum, 1970-  ;   Domicile: United States;
                      Citizenship: United States. Authorship: lyrics.
                   Thomas D. Lundberg, 1960-  ;   Domicile: United States;
                      Citizenship: United States. Authorship: lyrics.

Rights and Permissions:
                   James D. Papa, c/o Papa-Berg, Inc. dba Grand Theft Records,
                      1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                      States, (214) 256-3200, (972) 322-1414,
                      jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Papa, James D., 1960-
                   Tatum, Stasey D., 1970-
                   Lundberg, Thomas D., 1960-
                   Papa-Berg Publishing
                   Papa-Berg, Inc.
```

================================================================================

```
Type of Work:      Music

Registration Number / Date:
                   PA0001722566 / 2011-01-06

Application Title: FREEBIRD FOREVER.

Title:             FREEBIRD FOREVER.

Description:       sound cassette.

Copyright Claimant:
                   Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                     Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   William D. Conort, 1957-  ;   Domicile: United States;
                     Citizenship: United States. Authorship: music.
                   James D. Papa, 1960-  ;  Domicile: United States;
                     Citizenship: United States. Authorship: music, lyrics,
                     musical arrangement, editing.
                   Michael Hayes, pseud. of Michael J. Seitz, 1959-    (author
                     of pseudonymous work); Domicile: United States;
                     Citizenship: United States. Authorship: lyrics.

Rights and Permissions:
                   James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                     1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                     States, (214) 256-3200, (972) 322-1414,
                     jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Conort, William D., 1957-
                   Papa, James D., 1960-
                   Seitz, Michael J., 1959-
                   Michael Hayes, pseud., 1959-
                   Papa-Berg Publishing
                   Papa-Berg, Inc.
```

================================================================================

```
Type of Work:      Music

Registration Number / Date:
                   PA0001722571 / 2011-01-06

Application Title: HE'S SMOKIN'.

Title:             HE'S SMOKIN'.

Description:       sound cassette.

Copyright Claimant:
                   Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                      Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   Michael Hayes, pseud. of Michael J. Seitz, 1959-    (author
                      of pseudonymous work); Domicile: United States;
                      Citizenship: United States. Authorship: lyrics.
                   William Darwin Conort, 1957-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics.
                   James D. Papa, 1960-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics,
                      musical arrangement, editing.

Rights and Permissions:
                   James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                      1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                      States, (214) 256-3200, (972) 322-1414,
                      jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Seitz, Michael J., 1959-
                   Hayes, Michael, pseud., 1959-
                   Conort, William Darwin, 1957-
                   Papa, James D., 1960-
                   Papa-Berg, Inc.
                   Papa-Berg Publishing

================================================================================
```

```
Type of Work:      Music

Registration Number / Date:
                   PA0001741786 / 2011-01-06

Application Title: JOHNNY B. BADD.

Title:             JOHNNY B. BADD.

Description:       Sound cassette.

Copyright Claimant:
                   Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                      Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   James D. Papa, 1960-  ;   Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics,
                      musical arrangement, editing.
                   Michael Hayes, pseud. of Michael J. Seitz, 1959-    (author
                      of pseudonymous work); Domicile: United States;
                      Citizenship: United States. Authorship: lyrics.
                   William Darwin Conort, 1957-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics.

Rights and Permissions:
                   James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                      1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                      States, (214) 256-3200, (972) 322-1414,
                      jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Papa, James D., 1960-
                   Seitz, Michael J., 1959-
                   Michael Hayes, pseud., 1959-
                   Conort, William Darwin, 1957-
                   Papa-Berg, Inc.
                   Papa-Berg Publishing

================================================================================
```

```
Type of Work:      Music

Registration Number / Date:
                   PA0001741784 / 2011-01-06

Application Title: MAN CALLED STING.

Title:             MAN CALLED STING.

Description:       Sound cassette.

Copyright Claimant:
                   Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                     Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   Michael Hayes, pseud. of Michael J. Seitz, 1959-    (author
                     of pseudonymous work); Domicile: United States;
                     Citizenship: United States. Authorship: lyrics.
                   William D. Conort, 1957- ;  Domicile: United States;
                     Citizenship: United States. Authorship: music.
                   James D. Papa, 1960- ;  Domicile: United States;
                     Citizenship: United States. Authorship: music, lyrics,
                     musical arrangement, editing.

Rights and Permissions:
                   James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                     1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                     States, (214) 256-3200, (972) 322-1414,
                     jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Seitz, Michael J., 1959-
                   Michael Hayes, pseud., 1959-
                   Conort, William D., 1957-
                   Papa, James D., 1960-
                   Papa-Berg, Inc.
                   Papa-Berg Publishing
```

================================================================================

```
Type of Work:      Music

Registration Number / Date:
                   PA0001741775 / 2011-01-06

Application Title: MASTER OF THE DDT.

Title:             MASTER OF THE DDT.

Description:       Sound cassette.

Copyright Claimant:
                   Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                      Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   Michael Hayes, pseud. of Michael J. Seitz, 1959-    (author
                      of pseudonymous work); Domicile: United States;
                      Citizenship: United States. Authorship: lyrics.
                   James D. Papa, 1960- ;  Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics,
                      musical arrangement, editing.
                   Larry Velez, Jr., 1958- ;  Domicile: United States;
                      Citizenship: United States. Authorship: music.

Rights and Permissions:
                   James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                      1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                      States, (214) 256-3200, (972) 322-1414,
                      jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Seitz, Michael J., 1959-
                   Michael Hayes, pseud., 1959-
                   Papa, James D., 1960-
                   Velez, Jr., Larry, 1958-
                   Papa-Berg Publishing
                   Papa-Berg, Inc.

================================================================================
```

```
Type of Work:        Music

Registration Number / Date:
                     PA0001741777 / 2011-01-06

Application Title: MR. BANG BANG.

Title:               MR. BANG BANG.

Description:         Sound cassette.

Copyright Claimant:
                     Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                        Transfer: By written agreement.

Date of Creation:   1992

Date of Publication:
                     1992-12-20

Nation of First Publication:
                     United States

Authorship on Application:
                     Michael Hayes, pseud. of Michael J. Seitz, 1959-    (author
                        of pseudonymous work); Domicile: United States;
                        Citizenship: United States. Authorship: lyrics.
                     James D. Papa, 1960-  ;   Domicile: United States;
                        Citizenship: United States. Authorship: music, lyrics,
                        musical arrangement, editing.
                     Larry Velez, Jr., 1958-  ;   Domicile: United States;
                        Citizenship: United States. Authorship: music.

Rights and Permissions:
                     James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                        1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                        States, (214) 256-3200, (972) 322-1414,
                        jimmypapa-drums@msn.com

Copyright Note:     C.O. correspondence.

Names:              Seitz, Michael J., 1959-
                    Michael Hayes, pseud., 1959-
                    Papa, James D., 1960-
                    Velez, Jr., Larry, 1958-
                    Papa-Berg Publishing
                    Papa-Berg, Inc.

================================================================================
```

```
Type of Work:      Music

Registration Number / Date:
                   PA0001722569 / 2011-01-06

Application Title: SIMPLY RAVISHING.

Title:             SIMPLY RAVISHING.

Description:       sound cassette.

Copyright Claimant:
                   Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                      Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   Michael Hayes, pseud. of Michael J. Seitz, 1959-     (author
                      of pseudonymous work); Domicile: United States;
                      Citizenship: United States. Authorship: lyrics.
                   James D. Papa, 1960-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics,
                      musical arrangement, editing.
                   Deno Taglioli, 1957-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics.

Rights and Permissions:
                   James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                      1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                      States, (214) 256-3200, (972) 322-1414,
                      jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Seitz, Michael J., 1959-
                   Hayes, Michael, pseud., 1959-
                   Papa, James D., 1960-
                   Taglioli, Deno, 1957-
                   Papa-Berg Publishing
                   Papa-Berg, Inc.

================================================================================
```

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000669970 / 2011-01-07

Application Title: SLAM JAM I.

Title:             SLAM JAM I.

Description:       Compact disc.

Copyright Claimant:
                   James D Papa Transfer: By written agreement.
                   Papa-Berg, Inc., Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   James D. Papa, 1960-    Domicile: United States;
                      Citizenship: United States. Authorship: sound recording,
                      performance, production, All drums; drum programming on
                      Don't Step to Ron.
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Lead Vocals:  Freebird Forever (first line of song only)
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Guitar:  Man Called Sting.
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Vocals:  Don't Step to Ron.
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Drum programming:  Don't Step to Ron & The Natural.
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Bass: Natural,Don'tStepRon,JohnB.Badd.
                      DrumProg:Don'tStepRon. LVs:Mr.BngBng,JohnB.Badd.
                      BGV:Natural.
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Lead Vocals: Man Called Sting.
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Bass: Man Called Sting, Mr.Bang Bang, Master of the DDT,
                      Freebird Forever, He's Smokin', Steinerized.
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Electric and/or Acoustic Guitars on all tracks except
                      Don't Step to Ron, The Dragon.
                   James D. Papa employer for hire; Domicile: United States;
                      Citizenship: United States. Authorship: performance,
                      Guitar Solos:  Man Called Sting, Mr. Bang Bang, He's
                      Smokin'.
```

```
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 LeadVocals: MasterOfTheDDT, He'sSmokin', Steinerized.
                 BackgroundVocals:FreebirdForever, He's Smokin'.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 Keyboards: Master of the DDT, Simply Ravishing, The
                 Dragon, He's Smokin'.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 Lead/BGVocals All Except:
                 Don'tStepRon,ManCalledSting,Mr.BngBng,SimpRav,Dragon,Ste
                 in. Keys:FreeForev.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 Guitars: Don't Step to Ron, Simply Ravishing, The
                 Dragon.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: production,
                 Production ideas on Don't Step to Ron.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 Slide Guitar:  Freebird Forever, The Natural.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 Lead Vocals:  Simply Ravishing.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 Bass Guitar: Simply Ravishing, The Dragon.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 Saxophone:  Johnny B. Badd.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: performance,
                 Lead Vocals:  The Dragon.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: production,
                 Sound and Mixing Engineer.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: production,
                 Sound Engineer.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: production,
                 Mastering.
              James D. Papa employer for hire; Domicile: United States;
                 Citizenship: United States. Authorship: production,
                 Graphic Design of Liner, Covers and all Artwork.

Pre-existing Material:
              production, Eleven (11) photos from WCW professional
                 wrestlers (provided with permission by WCW mid-1992)

Basis of Claim:    production, All eleven (11) photos of professional
                 wrestlers provided by World Championship Wrestling (WCW)
                 were edited & modified with animation and used on cover
                 and lining of Slam Jam I CD/Cassette packaging.

Rights and Permissions:
              James D. Papa, Papa-Berg, Inc., 1628 Canyon Oaks Drive,
                 Irving, TX, 75061-2118, United States, (214) 256-3200,
                 (972) 322-1414, jimmypapa-drums@msn.com
```

```
Names:                  Papa, James D., 1960-
                        Grand Theft Productions, employer for hire of Michael Seitz
                            (aka Michael Hayes)
                        Grand Theft Productions, employer for hire of Larry Velez
                        Papa-Berg, Inc.

================================================================================
```

```
Type of Work:      Music

Registration Number / Date:
                   PA0001722562 / 2011-01-06

Application Title: STEINERIZED.

Title:             STEINERIZED.

Description:       sound cassette.

Copyright Claimant:
                   Papa-Berg, Inc., doing business as Papa-Berg Publishing,
                      Transfer: By written agreement.

Date of Creation:  1992

Date of Publication:
                   1992-12-20

Nation of First Publication:
                   United States

Authorship on Application:
                   Michael Hayes, pseud. of Michael J. Seitz, 1959-    (author
                      of pseudonymous work); Domicile: United States;
                      Citizenship: United States. Authorship: lyrics.
                   William D. Conort, 1957-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics.
                   James D. Papa, 1960-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: music, lyrics,
                      musical arrangement, editing.

Rights and Permissions:
                   James D. Papa, Papa-Berg, Inc. dba Grand Theft Records,
                      1628 Canyon Oaks Drive, Irving, TX, 75061-2118, United
                      States, (214) 256-3200, (972) 322-1414,
                      jimmypapa-drums@msn.com

Copyright Note:    C.O. correspondence.

Names:             Seitz, Michael J., 1959-
                   Michael Hayes, pseud., 1959-
                   Conort, William D., 1957-
                   Papa, James D., 1960-
                   Papa-Berg Publishing
                   Papa-Berg, Inc.

================================================================================
```