IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Papa Berg, Inc., et al vs. World Wrestling Entertainment, Inc., et al**

2. Civil action number: **3:12-cv-02406-B**

3. Nature of the suit: **intellectual property**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **Original mediation was held October 7, 2013**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR.   ☐ Parties were unable to reach settlement

7. What was your TOTAL fee: **This was settled after multiple follow up discussions with parties – no additional fees were charged.**

8. Duration of ADR: **This was settled after multiple follow up discussions with parties. No additional hearing time was scheduled** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff).
   Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Jeff Kaplan
    8401 North Central Expressway Suite 610
    Dallas, TX 75225
    214-744-5267

    _____   5-5-14
    Signature                 Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel (original mediation of October 7, 2013)

Steve G. Schortgen Esq.
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, TX 75201
Tel: 214-939-5809

Greg Marks Esq.
Guajardo & Marks, LLP
13355 Noel Road
Suite 1370
Dallas, TX 75240
Tel: 972-774-9800

James D. Papa with Plaintiff
Jim Langham with Defendant
Neil Lawi with Defendant

Curtis B. Krasik Esq.
K&L Gates LLP
K&L Gates Center
201 Sixth Avenue
Pittsburgh, PA 15222-2613
Tel: 412-355-6501

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2014, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager