UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAPA BERG, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-2406-B |
| | § | |
| WORLD WRESTLING | § | |
| ENTERTAINMENT, INC., et al., | § | |
| | § | |
| Defendants. | § | |

ORDER

In light of the Motion for Reconsideration (doc. 77) filed by J. Gregory Mark, Plaintiffs' counsel of record, the Court **VACATES** its July 10, 2014 Order (doc. 76) setting an evidentiary hearing on the Defendants' Motion to Enforce Settlement (doc. 73)[1] and **ORDERS** that a hearing on Mr. Marks's Motion be set for the following date, time, and location:

**Wednesday, July 23, 2014, at 10:00 a.m.**
Before Judge Jane J. Boyle
Courtroom 1516, Fifteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

It is **FURTHER ORDERED** that **J. Gregory Marks**, **Plaintiff James D. Papa**, and **Counsel for Defendants** are **ORDERED** to attend. Mr. Marks shall ensure that Mr. Papa receives notice of this Order. In addition, Mr. Marks shall confirm his and Mr. Papa's attendance with the Court by

---

[1] The hearing and accompanying deadlines will be rescheduled after the Court resolves the Motion for Reconsideration (doc. 77).

1

no later than Monday, July 21, 2014. Counsel for Defendants shall, likewise, confirm his/her attendance with the Court by no later than July 21, 2014. Reconsideration.

    SO ORDERED.

    SIGNED: July 16, 2014

                                          _____
                                          JANE J. BOYLE
                                          UNITED STATES DISTRICT JUDGE